FILED ___ RECEIVED ___ LODGED ___ COPY
OCT 3 1 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Martin Osvaldo Torres-Flores,<br>a.k.a.: Martin O. Torres-Flores,<br>a.k.a.: Martin Oswaldo Torres-Flores,<br><br>　　　　　Defendant. | NO. CR-17-08271-PCT-JJT(BSB)<br><br>**INDICTMENT**<br><br>VIO:　8 U.S.C. § 1326(a)<br>　　　(Reentry of Removed Alien)<br>　　　Count 1 |

THE GRAND JURY CHARGES:

On or about May 11, 2015, at or near Camp Verde, in the District of Arizona, MARTIN OSVALDO TORRES-FLORES, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about April 28, 2010, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a).

　　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY
　　　　　　　　　　　　　　Date:　October 31, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

　　　　/S/
JONATHAN R. HORNOK
Assistant U.S. Attorney